# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Paul D. Young

                  Debtor

Toyota Motor Credit Corporation

                  Movant

    vs.

Paul D. Young

                  Respondent

CHAPTER 13

NO. 19-11859 MDC

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Objection of Toyota Motor Credit Corporation to Confirmation of Chapter 13 Plan, which was filed with the Court on or about July 23, 2019 (Document No. 25).

                                          Respectfully submitted,

                                          **/s/ Kevin G. McDonald, Esquire**
                                          Kevin G. McDonald, Esquire
                                          KML Law Group, P.C.
                                          BNY Mellon Independence Center
                                          701 Market Street, Suite 5000
                                          Philadelphia, PA  19106
                                          215-627-1322

December 27, 2019