**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

        Chapter 13

        Bankruptcy No. 19-11859-MDC

PAUL D YOUNG

1441 N. KEIM STREET

POTTSTOWN, PA 19464

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    PAUL D YOUNG

    1441 N. KEIM STREET

    POTTSTOWN, PA 19464

Counsel for debtor(s), by electronic notice only.

    PAUL H YOUNG
    3554 HULMEVILLE RD
    SUITE 102
    BENSALEM, PA 19020

Date: 2/21/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee