United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-11859-mdc
Paul D. Young                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Stacey            Page 1 of 2              Date Rcvd: Mar 26, 2020
                            Form ID: pdf900         Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 28, 2020.
```
db         +Paul D. Young,    1441 N. Keim Street,    Pottstown, PA 19464-2537
14294997   +Amerifinancial Solutio,    Po Box 65018,    Baltimore, MD 21264-5018
14294998   +Ar Resources Inc,    Pob 1056,    Blue Bell, PA 19422-0287
14311600   +COMCAST,    PO BOX 1931,    Burlingame, CA 94011-1931
14294999   +Diamond Credit Union,    1600 Medical Dr,    Pottstown, PA 19464-3242
14295000   +Eos Cca,    Po Box 981008,    Boston, MA 02298-1008
14334679   +Lower Pottsgrove Township Municipal Authority,    c/o Portnoff Law Associates, Ltd.,
             P.O. Box 3020,    Norristown, PA 19404-3020
14336222   +Lower Pottsgrove Township Municipal Authority,    C/O JAMES RANDOLPH WOOD,
             Portnoff Law Associates, Ltd.,    2700 Horizon Drive, Ste. 100,
             King of Prussia, PA 19406-2726
14359065   +Lower Pottsgrove Township/Lower Pottsgrove Townshi,    c/o Portnoff Law Associates, Ltd.,
             P.O. Box 3020,    Norristown, PA 19404-3020
14331235   +PNC BANK, N.A.,    Attention: Bankruptcy Department,    3232 NEWMARK DRIVE,
             MIAMISBURG OH 45342-5421
14326041   +PNC BANK, NATIONAL ASSOCIATION,    C/O ROBERT J. DAVIDOW,
             Phelan, Hallinan, Diamond & Jones, PC,    1617 JFK Boulevard, Ste. 1400,
             Philadelphia, PA 19103-1814
14295001   +Pnc Mortgage,    Po Box 8703,    Dayton, OH 45401-8703
14295003   +Toyota Motor Credit,    Po Box 9786,    Cedar Rapids, IA 52409-0004
14319577   +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
14361483   +Toyota Motor Credit Corporation,    C/O REBECCA ANN SOLARZ,    KML Law Group, P.C.,
             701 Market Street, Ste. 5000,    Philadelphia, PA 19106-1541
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty         +E-mail/Text: bncnotice@ph13trustee.com Mar 27 2020 03:42:08      WILLIAM C. MILLER,
             Chapter 13 Trustee,    P.O. Box 1229,    Philadelphia, PA 19105-1229
smg          E-mail/Text: megan.harper@phila.gov Mar 27 2020 03:42:04      City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 27 2020 03:41:54
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 27 2020 03:42:01      U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14294996     E-mail/Text: ebn@americollect.com Mar 27 2020 03:41:59      Americollect Inc,
             1851 S Alverno Road,    Manitowoc, WI 54221
14295002    +E-mail/Text: bankruptcy@sw-credit.com Mar 27 2020 03:41:58      Southwest Credit Syste,
             4120 International Parkway,    Carrollton, TX 75007-1958
                                                                                             TOTAL: 6
```

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr*        +Lower Pottsgrove Township Municipal Authority,    c/o Portnoff Law Associates, Ltd.,
             P.O. Box 3020,    Norristown, PA 19404-3020
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 26, 2020 at the address(es) listed below:
```
          JAMES RANDOLPH WOOD    on behalf of Creditor    Lower Pottsgrove Township Municipal Authority
           jwood@portnoffonline.com, jwood@ecf.inforuptcy.com
          JEROME B. BLANK    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION paeb@fedphe.com
```

```
District/off: 0313-2          User: Stacey              Page 2 of 2                  Date Rcvd: Mar 26, 2020
                              Form ID: pdf900           Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
         PAUL H. YOUNG    on behalf of Debtor Paul D. Young support@ymalaw.com, ykaecf@gmail.com, paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
         REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
         ROBERT J. DAVIDOW    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION robert.davidow@phelanhallinan.com
         THOMAS YOUNG.HAE SONG    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION paeb@fedphe.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                                TOTAL: 10

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  
PAUL D YOUNG

Chapter 13

Debtor

Bankruptcy No. 19-11859-MDC

# ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

March 26, 2020

_____  
Magdeline D. Coleman  
Chief U.S. Bankruptcy Judge

William C. Miller, Trustee  
P.O. Box 1229  
Philadelphia, PA  19105

Debtor's Attorney:  
PAUL H YOUNG  
3554 HULMEVILLE RD  
SUITE 102  
BENSALEM, PA 19020

Debtor:  
PAUL D YOUNG

1441 N. KEIM STREET

POTTSTOWN, PA 19464